United States Courts
Southern District of Texas
FILED

MAY 10 2021

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | | Case Number | 4:21cv01394 |
|---|---|---|---|---|
| | Speights, et al. | | | |
| | *versus* | | | |
| | Stac Biziness Solutions, LLC | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David A. Eisenberg<br>Loftus & Eisenberg, Ltd.<br>161 N. Clark Street, Suite 1600<br>Chicago, IL 60601<br>(312) 899-6625; david@loftusandeisenberg.com<br>Licensed: Illinois, 6292764<br>Federal Admissions: ND Illinois, SD Illinois, WD Mich. |
|---|---|

| Name of party applicant seeks to appear for: | Kittson Speights, Seva Thornton, LLC, GFTC-1, LLC, Troy Livingston, Julie Livingston, and JTL, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/4/2021 | Signed: David Eisenberg |
|---|---|

The state bar reports that the applicant's status is: Active (see attached)

Dated: 5/10/2021    Clerk's signature

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
5/4/2021

Re: David Alan Eisenberg
Attorney No. 6292764

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that David Alan Eisenberg was admitted to practice law in Illinois on 11/8/2007; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar